THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Nacole McCray, Appellant.
 
 
 

Appeal From Sumter County
 Honorable George C. James, Circuit Court
Judge

Unpublished Opinion No. 2008-UP-449
 Submitted August 1, 2008  Filed August 7,
2008   

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., and J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Nacole McCray appeals the
 revocation of her probation.  McCray contends the probation judge erred in
 revoking her probation without the benefit of a preliminary hearing.  After a thorough review of the record and both briefs
 pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
 KONDUROS, J., CURETON, A.J., and
 GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.